IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY ) <br> ) <br> PLAINTIFF, ) <br> ) <br> VS. ) <br> ) <br> GREDE FOUNDRIES, INC., ) <br> ) <br> DEFENDANT ) <br> _____) | Case No: 07-1279-MLB-DWB |

## O R D E R

This matter comes before the Court on the Motion of Continental Western Insurance Company to intervene in the above-caption matter (Doc. 29.)  No objections have been filed by any party and the time for filing responses to the motion have past.  The Court can therefore treat this motion as an uncontested motion.  *See* D. Kan. Rule 7.4.  The Court having reviewed the file finds as follows:

(1)   Intervention will not affect this Court's jurisdiction over the subject matter.

(2)   The proposed intervenor's claim has common questions of law and fact to the underlying claims.

(3)   Therefore, pursuant to Fed. R. Civ. P. 24(b)(1)(B), the motion of Continental Western to intervene should be, and hereby is, GRANTED.

Intervenor shall file its Amended Complaint of Intervenor in the form attached to the motion on or before **February 22, 2008**.  Any answer or motion directed to the Intervenor's

Complaint shall be filed on or before **March 13, 2008.**

The caption of this case is hereby amended as follows:

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY ) | |
| ) | |
| PLAINTIFF, ) | |
| and ) | |
| ) | |
| CONTINENTAL WESTERN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| INTERVENOR-PLAINTIFF, ) | |
| ) | |
| VS. ) | Case No: 07-1279-MLB-DWB |
| ) | |
| GREDE FOUNDRIES, INC., ) | |
| ) | |
| DEFENDANT ) | |
| _____) | |

IT IS SO ORDERED.

Dated at Wichita, Kansas this 12th day of February, 2008.

   s/ DONALD W. BOSTWICK
Donald W. Bostwick
United States Magistrate Judge

2